**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEDRO MENDEZ, | ) | NO. CV 15-4148-FMO (KLS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| BOARD OF PAROLE HEARINGS, | ) | |
| Respondent. | ) | |
| _____ | ) | |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: November 6, 2015

                                                      _____/s/_____
                                                        FERNANDO M. OLGUIN
                                                  UNITED STATES DISTRICT JUDGE